# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 1629

VERSUS

DAVEDE L. LEWIS                                       **FEBRUARY 25, 2022**

---

In Re:    Davede L. Lewis, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          604,332.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

   **WRIT DENIED.**

                              **VGW**
                              **AHP**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT